No. 94–5997.   SMITH *v.* CITY OF NEW YORK ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 94–5998.   REBAR *v.* WEST, SECRETARY OF THE ARMY, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 94–5999.   MOORE *v.* DILLON, WARDEN, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 94–6000.   OWENS *v.* LARSEN ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 94–6002.   SANCHEZ *v.* MCLENDON ET AL.   C. A. 3d Cir. Certiorari denied.

No. 94–6003.   SHAW *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 94–6004.   SCALES *v.* MCCAUGHTRY, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 94–6007.   DIGIANNI *v.* SAKS FIFTH AVENUE.   C. A. 2d Cir. Certiorari denied.

No. 94–6010.   MARCH *v.* RUNYON, POSTMASTER GENERAL, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 94–6012.   MATA *v.* ARIZONA.   Super. Ct. Ariz., Maricopa County.   Certiorari denied.

No. 94–6014.   CARROLL *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 94–6019.   NOORZIN *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 94–6026.   MONTGOMERY *v.* EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 4th Cir. Certiorari denied.

No. 94–6030.   ISIAH *v.* TANSY, WARDEN.   C. A. 10th Cir.   Certiorari denied.